IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONALD RICKARD**                                                                                   **PLAINTIFF**

v.                           CASE NO. 3:22-CV-00185-BSM

**AMERICAN COMMERCIAL**
**BARGE LINE, LLC**                                                                               **DEFENDANT**

## ORDER

American Commercial Barge Line ("ACBL")'s motion to transfer venue [Doc. No. 3] is granted, and the clerk is directed to immediately transfer this case to the United States District Court for the Southern District of Indiana, New Albany Division. *See* 28 U.S.C. § 1404(a). Transfer is appropriate because the agreement Ronald Rickard signed to participate in ACBL's optional pay continuance plan includes a forum-selection clause, and Rickard has not shown that "extraordinary circumstances" weigh against enforcing it. Doc. No. 4-1 at 13; *Atl. Marine Constr. Co., Inc. v. U.S. Dist. Ct. for W. Dist. of Tex.*, 571 U.S. 49, 62 (2013).

IT IS SO ORDERED this 16th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE